IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOKYO GWINNETT, LLC, d/b/a Tokyo Valentino, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> GWINNETT COUNTY, GEORGIA, <br><br> Defendant/Third-Party Plaintiff/ Counter-Claimant, <br><br> v. <br><br> MICHAEL S. MORRISON, et al., <br><br> Third-Party Defendants. | CIVIL ACTION FILE <br> NO. 1:15-CV-2606-TWT |

**OPINION AND ORDER**

This is an action seeking to enjoin Gwinnett County's adult entertainment ordinance. It is before the Court on the Plaintiff's Motion for Entry of Final Judgment [Doc. 189] and the Defendant's Motion for a Permanent Injunction [Doc. 191]. For the reasons set forth in the Court's Permanent Injunction and Final Order, filed herewith, the Defendant's Motion for a Permanent Injunction [Doc. 191] is GRANTED. Accordingly, the Plaintiff's Motion for Entry of Final Judgment [Doc. 189] is DENIED as to the specific relief requested therein.

SO ORDERED, this   21st   day of September, 2022.

                                                   /s/ Thomas W. Thrash
                                                   THOMAS W. THRASH, JR.
                                                   United States District Judge